Case 2:09-cr-00130-ECR-GWF   Document 36   Filed 06/11/10   Page 1 of 3

```
                ┌─────────────────────────────────┐
                │ ✓ FILED          ___ RECEIVED   │
                │ ___ ENTERED      ___ SERVED ON  │
                │      COUNSEL/PARTIES OF RECORD  │
                │                                 │
                │         JUN 1 4 2010            │
                │                                 │
                │      CLERK US DISTRICT COURT    │
                │        DISTRICT OF NEVADA       │
                │ BY: _____ DEPUTY  │
                └─────────────────────────────────┘
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:09-CR-130-ECR (GWF) |
| v. ) | |
| ) | |
| TAVARES CLAYBORN, ) | |
| ) | |
| Defendant. ) | |

### FINAL ORDER OF FORFEITURE

On October 21, 2009, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant TAVARES CLAYBORN to criminal offense, forfeiting specific property alleged in the Criminal Indcitment and shown by the United States to have a requisite nexus to the offense to which defendant TAVARES CLAYBORN pled guilty.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law on January 20, 2010, January 27, 2010, and February 4, 2010 in the Las Vegas Review-Journal/Sun, and via the official government internet forfeiture site, www.forfeiture.gov, consecutively from October 22, 2009 through November 20, 2009, notifying all known third parties of their right to petition the Court.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

Case 2:09-cr-00130-ECR-GWF Document 36 Filed 06/11/10 Page 2 of 3

1  This Court finds no petitions are pending with regard to the assets named herein and the time
2  for presenting such petitions has expired.
3  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
4  title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
5  United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
6  32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section
7  2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to
8  law:
9      a)    Ruger handgun, serial number 314-70386; and
10     b)    thirteen (13) rounds of 9 caliber, Winchester-Western ammunition.
11 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited
12 funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as
13 any income derived as a result of the United States of America's management of any property
14 forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of
15 according to law.
16 The Clerk is hereby directed to send copies of this Order to all counsel of record and three
17 certified copies to the United States Attorney's Office.
18 DATED this __14__ day of __June__, 2010.

_Edward C. Reed_
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Alexandra M. McWhorter, certify that the following individuals were served with copies of the Final Order of Forfeiture on June 11, 2010 by the below identified method of service:

<u>E-mail/ECF</u>

Shari L. Kaufman
Federal Public Defender
411 E. Bonneville Ave., Suite 250
Las Vegas, NV 89101
Email: ECF_Vegas@fd.org
*Counsel for Tavares Clayborn*

                                            /s/AlexandraMMcWhorter
                                            ALEXANDRA M. MCWHORTER
                                            Forfeiture Support Associate Paralegal