# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 2:09-CR-130-ECR-(GWF) |
| TAVARES CLAYBORN, | ) ) | |
| Defendant. | ) ) | |

## AMENDED FINAL ORDER OF FORFEITURE

On October 21, 2009, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant TAVARES CLAYBORN to a criminal offense, forfeiting specific property alleged in the Indictment and agreed to in the Plea Memorandum and shown by the United States to have the requisite nexus to the offense to which defendant TAVARES CLAYBORN pled guilty. Criminal Indictment, ECF No. 1; Plea Memorandum, ECF No. 20; Minutes of Change of Plea Proceedings, ECF No. 19; Preliminary Order of Forfeiture, ECF No. 23.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law on January 20, 2010, January 27, 2010, and February 4, 2010, in the Las Vegas Review-Journal/Sun and via the official government internet forfeiture site, www.forfeiture.gov, consecutively from October 22, 2009, through November 20, 2009, notifying all known third parties of their right to petition the Court. Notice of Filing Proof of Publication, No. ECF No. 35.

1  The United States served all known third parties petitioners by personal service. Douglas
2  Armstrong was served by personal service on January 24, 2012. Notice of Filing Service of Process,
3  ECF No. 38.

4  This Court finds no petition was filed herein by or on behalf of any person or entity and the
5  time for filing such petitions and claims has expired.

6  This Court finds no petitions are pending with regard to the assets named herein and the time
7  for presenting such petitions has expired.

8  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
9  title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
10  United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
11  32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section
12  2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to
13  law:

14  a.  Ruger handgun, serial number 314-70386; and

15  b.  thirteen (13) rounds of 9 caliber, Winchester-Western ammunition.

16  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all
17  forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit,
18  as well as any income derived as a result of the United States of America's management of any
19  property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed
20  of according to law.

21  The Clerk is hereby directed to send copies of this Order to all counsel of record and three
22  certified copies to the United States Attorney's Office.

23  DATED this 6th day of February, 2013.

_____
UNITED STATES DISTRICT JUDGE